In re BLIGHT.

(Supreme Court, Special Term, Montgomery County. September 8, 1896.)

RECEIVERS—ALLOWANCE AND PAYMENT OF CLAIMS FOR TAXES.
The collector of taxes, representing the state, is entitled to a preference for his claim over all other creditors.

Motion for confirmation of referee's report in the matter of the receivership of Blight. Report modified and confirmed.

STOVER, J. Within the principles of In re Columbian Ins. Co., 3 Abb. Dec. 239, and Central Trust Co. v. New York, C. & N. R. Co., 110 N. Y. 250, 18 N. E. 92, I think the receiver of taxes, representing the state, and in the exercise of its prerogative, is entitled to a preference for his claim over all other creditors. Report of reference modified accordingly, and, as modified, confirmed.

Settle order.